170 So. 919

**Mittie Cora GRIGGS v. STATE.**

**4 Div. 286.**

Court of Appeals of Alabama.
Nov. 10, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed.

174 So. 900

**John Will GRIMES v. STATE.**

**4 Div. 320.**

Court of Appeals of Alabama.
April 13, 1937.

Harry Adams, of Enterprise, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

167 So. 920

**L. J. GRIMMER v. Laura FONETENETTE.**

**1 Div. 225.**

Court of Appeals of Alabama.
April 14, 1936.

RICE, Judge.
Affirmed.

174 So. 900

**W. J. GRISHAM v. STATE.**

**8 Div. 506.**

Court of Appeals of Alabama.
May 25, 1937.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

173 So. 919

**Paskel GUTHRIE v. CITY OF HUNTS-VILLE.**

**8 Div. 381.**

Court of Appeals of Alabama.
Feb. 2, 1937.

SAMFORD, Judge.
Affirmed.

168 So. 904

**L. A. GUTHRIE v. STATE.**

**6 Div. 923.**

Court of Appeals of Alabama.
May 12, 1936.

SAMFORD, Judge.
Appeal dismissed.

164 So. 918

**Aaron GUY v. STATE.**

**5 Div. 971.**

Court of Appeals of Alabama.
Nov. 26, 1935.

SAMFORD, Judge.
Appeal dismissed.